ODE D. JENNINGS, Respondent, *v.* PHILIP KASTEL, Appellant.

Submitted November 26, 1945; decided December 6, 1945.

*Thomas Kiernan* for motion.
*James J. Geraghty* opposed.

Motion granted and appeal dismissed, with costs, and $10 costs of motion.